UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED  JAN 06 2020
CLERK

Jeffrey Beary

name of plaintiff(s)

CIVIL ACTION

versus

NO._____)

Centene Corporation
and any subsidiaries fully or partially owned,
including Louisiana Healthcare Connections

name of defendant(s)

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   a) Fair Labor Standards Act, 29 U.S.C. § 215(a)(3)
   b) Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a)
   c) Americans with Disabilities Act, 42 U.S.C. § 12203
   d) First Amendment Claim Asserted Pursuant to 42 U.S.C. § 1983
   e) Louisiana Employment Discrimination Law ("LEDL"), La. R.S. 23:301
   f) Louisiana Whistleblower Statute, La. R.S. 23:967
   g) Unlawful Violation of a Conciliation Agreement, La. R.S. 51:2258

2. Plaintiff, Jeffrey Beary  resides at

   9311 N. Parkview Dr,  —  Baton Rouge,
   street address              city

   East Baton Rouge , LA, , 70815 . (225) 926-0758
   parish           state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Centene Corp. Louisiana Registered Agent Keith Armstrong c/o Chaffe McCall, LLC

its business is located at <u>8550 United Plaza, STE 103</u>,
street address

<u>Baton Rouge</u> , <u>East Baton Rouge</u> , <u>LA</u> ,
city                  parish                state

<u>70809</u>,   (225) 922-4300.
zip code   telephone number

(if more than one defendant, provide the same information for each defendant below)

Centene Corporation is a Delaware corporation with its principal place of business at 7700 Forsyth Boulevard, St. Louis, Missouri 63105. Their telephone number is: 314-725-4477

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

> Please see attachment: 1) Statement Of Claim

5. Prayers for Relief (list what you want the Court to do):

a. Loss of wages, earnings and earning potential;

b. Any and all legal damages allowed under the laws of the State of Louisiana;

c. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees who exercise their federally protected rights to complain about discrimination and which eradicate the effects of its past unlawful employment practices;

d. Rightful-place reinstatement or front pay

e. Any and all legal damages allowed under the laws of the State of Louisiana;

f. Fees and judicial interest for the handling and prosecution of this matter;

g. Any penalties applicable under the laws of the State of Louisiana;

h. Provide compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and humiliation;

i. Any and all equitable relief allowed under the laws of this State including pecuniary and non-pecuniary damages arising from the Unlawful Violation of a Conciliation Agreement.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this **JANUARY** day of **6TH**, 20 **20**

_____

_____

(signature of plaintiff (s))