UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


RE:                                                      CIVIL NO.


ORDER

The Court having been presented with the application of_____to have an attorney appointed to assist_____in filing a civil action based on Sec. 706 of the 1964 Civil Rights Act, 42 USC § 2000e -5, and the Court being of the opinion that _____ is entitled to court-appointed counsel under said Act,

IT IS ORDERED that_____, whose address is _____, be appointed as attorney and that_____be permitted to proceed under said ACT without the payment of fees, costs, or security.

Baton Rouge, Louisiana,_____, 20\_\_\_.


_____
United States District Judge

Attachment #2

# Office of the Governor
## State of Louisiana
## LOUISIANA COMMISSION ON HUMAN RIGHTS

**JOHN BEL EDWARDS**
GOVERNOR

**DR. LEAH RABY**
EXECUTIVE DIRECTOR



P.O. BOX 94094
BATON ROUGE, LA 70804-9094
225-342-6969
GOV.LA.GOV/LCHR

## MEDIATION SETTLEMENT AGREEMENT

Complaint Number:  27A-2017-00038

Complainant: Jeffrey E. Beary

Respondent: Centene D/B/A Louisiana Healthcare Connections

1.   In exchange for the promises made by Centene D/B/A Louisiana Healthcare Connections pursuant to Complaint Number 27A-2017-00038  - Jeffrey Beary agrees not to institute a law suit under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended, and LSA-R.S. 23:301 et seq., as amended, based on LCHR Complaint Number 27A-2017-00038.

2.   Further, we agree that submission of this agreement to LCHR will constitute a request for closure of and LCHR Charge Number 27A-2017-00038. EEOC will not issue a Notice of Right-to-Sue to the Complainant.

3.   It is understood that this agreement does not constitute an admission by Respondent of any violation of (Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended and LSA-R.S. 23:301 et seq., as amended).

4.   Respondent agrees that there shall be no discrimination or retaliation of any kind against the Complainant as a result of filing this charge or against any person because of opposition to any practice deemed illegal under the ADA, the ADEA, Title VII or LEDL (Louisiana Employment Discrimination Law), as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5.   This document constitutes a final and complete statement of the agreement between (the parties) or between the Complainant, Respondent, and LCHR).

6.   The parties agree that the LCHR is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the LCHR or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

*"An Equal Opportunity Employer"*

## Office of the Governor
### State of Louisiana
## LOUISIANA COMMISSION ON HUMAN RIGHTS

**JOHN BEL EDWARDS**
**GOVERNOR**

**DR. LEAH RABY**
**EXECUTIVE DIRECTOR**



P.O. BOX 94094
BATON ROUGE, LA 70804-9094
225-342-6969
GOV.LA.GOV/LCHR

6A.   Jeffrey Beary acknowledges that he has been advised to consult with an attorney and has been given a reasonable time to consider the agreement before signing.

7.   As evidence of a good faith effort to resolve LCHR Complaint Number 27A-2017-00038, Respondent offers and Complainant accepts the proposal of settlement as follows:

  a.   Respondent has agreed to settle with Mr. Beary in the amount of $67,000.00 which is allocated as follow: $53,000 in one lump sum and approximately $14,000 is for six (6) months of employer share of health insurance premium covered.   The Respondent will issue a neutral letter of reference. The Complainant waives his right to future employment with Centene D/B/A Louisiana Healthcare Connections.

*[handwritten note: NO MENTION of COBRA or CYC *]*

Respondent _____         Date   4-3-19

Complainant _____        Date   4-3-19

    In reliance on the promises made in paragraphs 1 through 7 above, LCHR agrees to terminate its investigation and to not use the above referenced complaint as a jurisdictional basis for a civil action under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended or the Louisiana Employment Discrimination Law, as amended.  LCHR does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a complaint filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

_____                    Date   4/3/19

*ATTACHMENT #3*

**LOUISIANA WORKFORCE COMMISSION**
Benefit Analysis Team
P.O. Box 91253
Baton Rouge, LA 70821-9253

**QUALIFYING SEPARATION
DETERMINATION**

Claimant/Job Seeker:
Jeffrey Beary
Claimant SSN:
XXX-XX-5736
Claimant ID Number:
0001903067

Claim Effective Date (BYB):
04/21/2019

Claim Ending Date (BYE):
04/18/2020

**Jeffrey E Beary**
9311 N Parkview Dr
Baton Rouge, LA 70815-4249

### IMPORTANT INFORMATION ABOUT YOUR UNEMPLOYMENT CLAIM
### QUALIFYING SEPARATION DETERMINATION

Mail Date: <u>**05/13/2019**</u>

Dear Jeffrey E Beary:

We have completed a review and investigation of your claim for unemployment benefits referenced above. We have determined that you were discharged because of violating company policy/rules.

YOUR EMPLOYER CONTENDS THAT YOU WERE DISCHARGED FROM YOUR EMPLOYMENT BECAUSE OF VIOLATION OF COMPANY RULES/ POLICIES. YOU DENY THIS ALLEGATION, AND AVAILABLE INFORMATION INDICATES THERE IS NO MISCONDUCT CONNECTED WITH THE EMPLOYMENT.

The information we have indicates that you do meet Louisiana Employment Security Law requirements for receipt of benefits. This means that **you may qualify for unemployment benefits**. This qualification is effective **04/21/2019**.

Please see the full text of the applicable law, R.S.23:1601 (2).

**You may receive multiple decisions on your claim; please note that any one denial decision supersedes all other decisions.** Your claim will be processed for payment **unless there are other issues to be resolved.** You can check the status of your claim, and find Benefits Rights Information, by logging onto **HiRE** and from your dashboard, selecting **Unemployment Services**, then **Claim Summary**. If you do not receive payment or notice of other issues within 10 days, please call our Claim Center, 1-866-783-5567, during normal business hours.

**Please note that CENTENE MANAGEMENT COMPANY LLC is also being notified of this determination and may appeal this decision.**

Employer CENTENE MANAGEMENT COMPANY LLC has failed to respond to LWC's request for information regarding your wages, employment or separation. R.S. 23.1625.1 states that under these circumstances, any appeal must be in regard to timeliness only. If this determination is not in accordance with state law, or the findings are incorrect, the employer may file an appeal.
    **You have the right to appeal this determination.**
You have 15 days from the mail date on this letter to file an appeal. This means your appeal **must be received or postmarked by 05/28/2019.** If you do not make that deadline, you lose the right to appeal this determination.
    **Want to appeal this determination?**
See the back of this notice for instructions on how to file an appeal and other important information. **Filing an appeal online through HiRE is the fastest option.** If you choose to submit your appeal by email, fax or postal mail, check "I appeal" below, print and sign your name, and provide information requested.

_____**I appeal**      Signature _____

                    Name (please print) _____

                    Daytime phone number _____

                    Address (if different than above) _____



AD-11  1 of 3          AD317C6C-014A-49E0-92F0-C99C461A84CB

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2019-01065 |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Jeffrey Beary | (225) 926-0758 | 1965 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9311 N. Parkview Dr, Baton Rouge, LA 70815 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CENTENE | 15 - 100 | (314) 725-4477 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7700 Forsyth Boulevard,  Saint Louis, MO 63105 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-04-2019    Latest: 03-04-2019

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s).)

On March 4, 2019, I was discharged from my Data Analyst 4 position. I had been employed by this company since March 2015.

I was falsely accused of writing pornographic stories on my company's system and deleting company files.

I believe that I was discharged because of my disability and in retaliation for complaining about discrimination in EEOC Charge No. 461-2018-00404 in violation of the Americans with Disabilities Act, as amended. I have never written anything of a pornographic nature in my personal or professional life. Also, I was not logged into the company's system at the time the files were allegedly deleted. I was discharged with no discussion of any wrongdoing. I, therefore, believe that I was discharged for filing a previous EEOC charge.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jul 05, 2019<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please notify EEOC or the state or local agency where you filed your charge if retaliation is taken against you or others who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

ATTACHMENT #5

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Jeffrey Beary<br>9311 N. Parkview Dr<br>Baton Rouge, LA 70815 | From: New Orleans Field Office<br>Hale Boggs Federal Building<br>500 Poydras Street, Room 809<br>New Orleans, LA 70130 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| **EEOC Charge No.** | **EEOC Representative**<br>**Dimitris Walker-Bailey,**<br>Investigator | **Telephone No.** |
| 461-2019-01065 | | (504) 635-2544 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u>** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Keith T. Hill,**
**Director**

12/13/2019
*(Date Mailed)*

cc:    **Robert A. Kaiser**
**Attorney**
**ARMSTRONG TEASDALE, LLP**
**7700 Forsyth Blvd**
**Suite 1800**
**Clayton, MO 63105**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*