UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFREY BEARY** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 20-9-JWD-SDJ** |
| **CENTENE CORPORATION** | |

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 2, 2021 (Doc. 21), to which an objection (Doc. 22) was filed and considered,

**IT IS ORDERED** that that the Motion to Dismiss filed by Centene Corporation (Doc. 16) is **GRANTED**, and that Plaintiff's claims against Centene are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to file an amended complaint within 21 days of the Court's ruling to the extent Plaintiff wishes to cure the deficiencies of his claim set forth above. Should Plaintiff decline to file an amended complaint, his claims shall be dismissed with prejudice and judgment entered in favor of Defendant Centene.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 19) is **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana, on <u>July 20, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**