UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFREY BEARY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-9-SDJ** |
| **CENTENE CORPORATION** | |

## JUDGMENT

For written reasons assigned (R. Doc. 49);

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant Centene Corporation against Plaintiff Jeffrey Beary, dismissing Plaintiff's claims against Defendant with prejudice.

Signed in Baton Rouge, Louisiana, on October 13, 2022.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

Jury